**Order entered February 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00704-CR

**MARK DAVID SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-1111101-Y**

## ORDER

Appellant's February 17, 2014 motion for inclusion in the record of the trial court's certification of his right to appeal is **GRANTED**.

The trial court is **ORDERED** to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the certification of appellant's right to appeal.

/s/     LANA MYERS
JUSTICE